IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:05cr114HTWJCS

RICHARD STACY WHATLEY

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 1 of the Criminal Indictment against RICHARD STACY WHATLEY without prejudice.

DUNN LAMPTON
United States Attorney

By: *Sandra G. Moses*
SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283185

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 19th day of December, 2006.

*Henry T. Wingate*
UNITED STATES DISTRICT JUDGE