

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                         CRIMINAL NO. 3:05cr114HTW-JCS

RICHARD STACY WHATLEY

## ORDER RELEASING RICHARD WHATLEY FROM HOME CONFINEMENT

This day this cause came before the court on *ore tenus* Motion of Defendant Richard Whatley for release from home confinement with the United States Probation office from this date until his report date of February 5, 2007 to the Federal Bureau of Prisons.

And this Court being advised that the United States attorney has no objection and having considered this Motion finds it will taken and hereby orders the United States Probation office to release Richard Whatley from home confinement until his report date to the Federal Bureau of Prisons on February 5, 2007.

SO ORDERED AND ADJUDGED this, the 19th day of December, 2006.

_____
Chief Judge
United States District Court

AGREED:

s/Sandra G. Moses
Assistant U.S. Attorney

/s John T. Kitchens
JOHN T. KITCHENS
Counsel for Defendant